**UNITED STATES of America,
Petitioner–Appellee,**

v.

**Craig O. COPLEY, Respondent–
Appellant.**

**No. 05–6016.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2006.
Decided May 18, 2006.

Walter H. Paramore, III, Jacksonville, North Carolina, for Appellant. Rudolf A. Renfer, Jr., Assistant United States Attorney, Michelle T. Fuseyamore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Craig O. Copley, who was civilly committed in 1990, appeals from the district

---

court's order revoking his conditional discharge. Because Copley was unconditionally released on October 6, 2005, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*